# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION

Darlington Amadasu,
   Plaintiff

vs                        Case No. 1:04-cv-456-SJD-TSH
                             (Dlott, J.; Hogan, M. J.)

The Christ Hospital, et. al.,
   Defendants

## REPORT & RECOMMENDATION

This matter is before the Court on pro se plaintiff Darlington Amadasu's motion for judgment on the pleadings and or for summary judgment with respect to the claims asserted against defendant Michael Roberts (Doc. 14), defendant Michael Roberts's memorandum in opposition to judgment on the pleadings (Doc. 17), and Plaintiff's reply. (Doc. 20). In this Court's July 26, 2006 Report and Recommendation, which the undersigned incorporates fully by reference herein, the Court recommended dismissal of all claims asserted against defendant Roberts. Consequently, the Court finds that plaintiff's motion for judgment on the pleadings and or for summary judgment should be denied as moot.

                                             Timothy S. Hogan
                                             United States Magistrate Judge

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION

Darlington Amadasu,
    Plaintiff

vs                                     Case No. 1:04-cv-456-SJD-TSH
                                           (Dlott, J.; Hogan, M. J.)

The Christ Hospital, et. al.,
    Defendants

## NOTICE

    Attached hereto is the Report and Recommended decision of the Honorable Timothy S. Hogan, United States Magistrate Judge, which was filed on 7/27/2006. Any party may object to the Magistrate's findings, recommendations, and report within (10) days after being served with a copy thereof or further appeal is waived. *See United States v. Walters*, 638 F.2d 947 (6th Cir. 1981). Such parties shall file with the Clerk of Court, and serve on all Parties, the Judge, and the Magistrate, a written Motion to Review which shall specifically identify the portions of the proposed findings, recommendations, or report to which objection is made along with a memorandum of law setting forth the basis for such objection, (such parties shall file with the Clerk a transcript of the specific portions of any evidentiary proceedings to which an objection is made).

    In the event a party files a Motion to Review the Magistrate's Findings, Recommendations and Report, all other parties shall respond to said Motion to Review within ten (10) days after being served a copy thereof.