IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| DARLINGTON AMADASU, | : |
| Plaintiff(s), | : |
| | : Case Number: 1:04cv456 |
| vs. | : |
| | : District Judge Susan J. Dlott |
| CHRIST HOSPITAL, et al, | : |
| Defendant(s). | : |

ORDER

The Court has reviewed the Report and Recommendations of United States Magistrate Judge Timothy S. Hogan filed on July 26, 2006 (Doc. 51), July 27, 2006 (Doc. 52) and July 27, 2006 (Doc. 53) to whom this case was referred pursuant to 28 U.S.C. §636(b), and noting that no objections have been filed thereto and that the time for filing such objections under Fed. R. Civ. P. 72(b) expired September 30, 2006, hereby ADOPTS said Report and Recommendations.

Accordingly, Defendant Roberts's Motion to Dismiss (Doc. 7) is GRANTED and Defendant, Michael A. Roberts is TERMINATED. Plaintiff's Motion to Amend the Complaint (Doc. 21) is DENIED.

The Hospital Defendants' Motion to Dismiss (Doc. 9) is GRANTED. Counts 12, 13, 14, 19, 20 and 23 are DISMISSED in their entirety. Counts 1-7, 10, 11, 15 and 18 are DISMISSED to the extent these discrimination claims are based on Plaintiff's August 2000 termination from employment with The Christ Hospital, and were or could have been asserted in the previous lawsuit, 1:01cv284.

Plaintiff's Motion for Judgement on the Pleadings and or Summary Judgement (Doc. 14)

is DENIED AS MOOT.

       This case is hereby TERMINATED from this Court's docket.


       IT IS SO ORDERED.



                                                   ___s/Susan J. Dlott_____
                                                   Susan J. Dlott
                                                   United States District Judge